TIFFANY APPLEWHITE et al., Respondents, v ACCUHEALTH, INC., et al., Defendants, and CITY OF NEW YORK, Appellant.

Decided February 7, 2013

Reargument ordered and case set down for argument during a future session of the Court of Appeals.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH and PIGOTT.

GEOFFREY BOND et al., Respondents, v THOMAS A. TURNER et al., Appellants, and VILLAGE OF LAKEWOOD, Respondent.

Submitted December 24, 2012; decided February 7, 2013

Motion for reargument of motion for leave to appeal denied [see 20 NY3d 904 (2012)].

VIOLA CAROL, Appellant, v MADISON PLAZA ASSOCIATES, LLC, Respondent, et al., Defendant.

Submitted December 24, 2012; decided February 7, 2013

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as denied the motion for leave to amend the complaint, dismissed upon the ground that such portion of the Appellate Division order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of FRANCIS MOULTON, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent.

Submitted December 24, 2012; decided February 7, 2013

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.